(Official Form 1) (9/97)

| FORM B1 | United States Bankruptcy Court<br>District of Arizona - Phoenix Division | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>TOWARNYCKYJ, ILKO | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>TOWARNYCKYJ, DEBRA J |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>DEBRA JEANNE ROBINSON<br><br>ECF CASE |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>527 06 3774 | Soc. Sec./Tax I.D. No. (if more than one, state all):<br>544 70 0227 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>7111 N. 75TH AVENUE #2078<br>GLENDALE, AZ 85303 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>1829 N. 45TH AVENUE #1065<br>PHOENIX, AZ 85035 |
| County of Residence or of the<br>Principal Place of Business: MARICOPA | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>P.O. BOX 19112<br>PHOENIX, AZ 85009 | Mailing Address of Joint Debtor (if different from street address):<br>SAME AS ABOVE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | 0002469ECF RTB |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|
| ■ Individual(s) ☐ Railroad<br>☐ Corporation ☐ Stockbroker<br>☐ Partnership ☐ Commodity Broker<br>☐ Other_____ | ■ Chapter 7 ☐ Chapter 11 ☐ Chapter 13<br>☐ Chapter 9 ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>■ Consumer/Non-Business ☐ Business | **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE FOR COURT USE ONLY

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

# Voluntary Petition
*(This page must be completed and filed in every case)*

| | FORM B1, Page 2 |
|---|---|
| Name of Debtor(s): TOWARNYCKYJ, ILKO / TOWARNYCKYJ, DEBRA J | |

## Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|

## Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _[signature]_
Signature of Debtor ILKO TOWARNYCKYJ

X _[signature]_
Signature of Joint Debtor DEBRA J TOWARNYCKYJ

Telephone Number (If not represented by attorney)

Date 1/5/2000

### Signature of Attorney

X _[signature]_
Signature of Attorney for Debtor(s)
ROBERT D. BEUCLER #005224
Printed Name of Attorney for Debtor(s)

**Phillips & Associates**
Firm Name

**3030 N. Third Street STE 1100**
Address

**602-258-8900**
Telephone Number

Date Dec 5, 1999

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _[signature]_ Date Dec 5, 1999
Signature of Attorney for Debtor(s)
ROBERT D. BEUCLER #005224

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
## District of Arizona - Phoenix Division

In re **ILKO TOWARNYCKYJ, DEBRA J TOWARNYCKYJ**

Debtors

Case No. _____

Chapter __7__

## Verification of Creditor Matrix

**0002469ECF RTB**

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date 1/5/2000

Signature _____
**ILKO TOWARNYCKYJ**
Debtor

Date Nov. 8, 1999

Signature _____
**DEBRA J TOWARNYCKYJ**
Joint Debtor

TOWARNYCKYJ, ILKO and DEBRA

ADVOCATE FOR THE SEROUSLY
MENTAL ILL %TOM KENNAH
3260 N. HAYDEN RD., #107
SCOTTSDALE AZ 85251


ASSOC RETINA CONSULTANTS
35881-26
5501 N. 19TH AVE #310
PHOENIX AZ 85015


AUTOPASS/FIRESTONE
613566406
P.O. BOX 81344
CLEVELAND OH 44188-0344


BANK OF AMERICA PRIMES
%NCO FIN., SYS. INC. #XMW012
P.O. BOX 7627
FT. WASHINGTON PA 19034


BANK ONE ARIZONA
%TRIAD FINANICAL SERVICES #1450978
7801 METRO PKWY STE. 100
BLOOMINGTON MN 55425


CAPITAL ONE
5291 1513 8172 4135
P.O. BOX 85015
RICHMOND VA 23285-5015


CBHS BUSINESS OFFFICE
10139022 M
P.O.BOX 931419
ATLANTA GA 31193


CHARTER BEHAVIORAL
422951


CITIBANK
5424 1800 6788 7619
P.O. BOX 6000
THE LAKES NV 89163


CONSECO FINANCE
7360 S. KYRENE STE. 1
TEMPE AZ 85283

TOWARNYCKYJ, ILKO and DEBRA

CREDIT FIRST NAT'L ASSOC.,
613566406
P.O. BOX 81344
CLEVELAND OH 44188


DISCOVER FINANCIAL SERVCIES
P.O. BOX 29064
PHOENIX AZ 85038


EXXON
198 108 072 2
P.O. BOX 103031
ROSWELL GA 30076


FIRST CARD
4678 088 533 905
P.O. BOX 2004
ELGIN IL 60122


FIRST USA
4366 1200 0603 8851
P.O.BOX 8650
WILMINGTON DE 19899


GE CAPITAL CONSUMER CARD CO.,
4301 4252 0094 3741
P.O. BOX 923
KINGS MILLS OH 45034-0923


JC PENNEY
575 283 674 1
4580 PARADISE BLVD NW
ALBUQUERQUE NM 87201


M.I.H.S.
LIEN/LEGAL DEPT ATTN: PAULETTE DELANOIT
2532 E. UNIVERSITY DR., STE. 350
PHOENIX AZ 85034


MARICOPA HEALTH SYS., OSI COLL.,
9821001309
P.O. BOX 43050
PHOENIX AZ 85080

TOWARNYCKYJ, ILKO and DEBRA

MARICOPA HEALTH SYSTEMS
00307611
P.O. BOX 29670
PHOENIX AZ 85038


MARYVALE HOSPITAL/ACCENT SRV. CO.,
12-0201-4400230
P.O. BOX 32500
TUCSON AZ 85751


MBNA
4313 0214 6800 6606
P.O. BOX 15026
WILMINGTON DE 19850


MBNA
4313 0206 3212 1465
P.O. BOX 15026
WILMINGTON DE 19850


MEDICARE
544700227-A & 527063774-A
P.O. BOX 37700
PHOENIX AZ 85069-7700


MEDPRO
022645 & 033864
P.O. BOX 53037
PHOENIX AZ 85072


METROPOLITAN PSYCHIATRIC PHYS.,
30281-3
570 W. BROWN ROAD #112
MESA AZ 85201


NATIONS BANK
5342 0300 0267 5091
P.O. BOX 2493
NORFOLK VA 23501


PREMIUM SERVICES
MUTUAL OF OMAHA CO.,
BOX 747065
PITTSBURGH PA 15274

TOWARNYCKYJ, ILKO and DEBRA

PROVIDIAN FINANCIAL
4465 6908 0058 5349
P.O. BOX 7106
SAN FRANCISCO CA 94120


RECOVERY & COLLECTION SERV.
446749
1990 W. CAMELBACK #410
PHOENIX AZ 85015


SAGUARO BEHAVIORAL HEALTH
27219
8802 N. 61ST., AVENUE
GLENDALE AZ 85302


SAMARITAN BEHAVIORAL HEALTH
2009602
7575 E. EARLL DRIVE
SCOTTSDALE AZ 85251


SCOTTSDALE HEALTHCARE
A9820100178
P.O. BOX 29679
PHOENIX AZ 85038


SOS COLLECTION SERVICES, INC.
00137572
1951 W. CAMELBACK RD #310
PHOENIX AZ 85015


ST. LUKE'S MEDICAL CENTER
C9805500015
P.O. BOX 31001-0576
PASADENA CA 91110


THE GM CARD
5437 0002 9013 0824
P.O. BOX 80082
SALINAS CA 93912


TRIAD FINANCIAL SERVICES, INC.
1450978
7801 METRO PKWY #100
BLOOMINGTON MN 55425

TOWARNYCKYJ, ILKO and DEBRA

VALUE OPTIONS, INC.
%KELLY HAMMER, ESQ.
444 N. 44TH ST., STE. 400
PHOENIX AZ 85008

WARDS
920 083 900
P.O. BOX 105997
ATLANTA GA 30353-5997